UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

CHRISTOPHER VARGAS,

    Plaintiff,                        Hon. Ellen S. Carmody

v.                                       Case No. 1:17-cv-00295-ESC

VELO LEGAL SERVICES, PLC,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

The undersigned judicial officer conducted a settlement conference today in this case, at which all parties participated. The parties reached agreement to settle this case, the terms of which are confidential. The parties have reduced the material terms of the settlement agreement to writing, which has been signed by respective counsel. Pursuant to the settlement agreement, plaintiff moved on the record to dismiss this case with prejudice. Defendant stated its non-objection to the motion on the record.

Accordingly, the undersigned recommends that the Court grant plaintiff's motion and dismiss this case with prejudice.

Date: January 22, 2018                /s/ Phillip J. Green
                                            PHILLIP J. GREEN
                                            United States Magistrate Judge

## NOTICE TO PARTIES

ANY OBJECTIONS to this Report and Recommendation must be filed and served within fourteen days of service of this notice on you. 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b). All objections and responses to objections are governed by W.D. MICH. LCIVR 72.3(b). Failure to file timely and specific objections may constitute a waiver of any further right of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Keeling v. Warden, Lebanon Corr. Inst.*, 673 F.3d 452, 458 (6th Cir. 2012); *United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008). General objections do not suffice. *See McClanahan v. Comm'r of Social Security*, 474 F.3d 830, 837 (6th Cir. 2006); *Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596-97 (6th Cir. 2006).