UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

CHRISTOPHER VARGAS,

    Plaintiff,

v.

VELO LEGAL SERVICES, PLC,

    Defendant.

_____/

Hon. Ellen S. Carmody

Case No. 1:17-cv-00295

## ORDER

This matter is before the Court on the Report and Recommendation filed January 22, 2018, by Magistrate Judge Phillip J. Green in this matter (ECF No. 18). The court being fully advised in the premises, the recommendation (ECF No. 18) is adopted as the ruling of this Court and Plaintiff's Oral Motion to Dismiss Case with Prejudice is **granted**. This case is dismissed with prejudice.

Because the recommendation (ECF No. 18) is adopted before the objection deadline, any party may move to reopen the case and file objections to the report and recommendation within 14 days of this order and such motion will be granted.

IT IS SO ORDERED.

Dated: January 23, 2018

    /s/ Ellen S. Carmody
    ELLEN S. CARMODY
    U.S. Magistrate Judge